**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**


JOSE ANGEL GUERRERO GALINDO,  )
                                  )
             Petitioner,       )
                                  )          1:18CV1001
      v.                         )          1:11CR124-2
                                    )
UNITED STATES OF AMERICA,    )
                                  )
             Respondent.     )


**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 4, 2018, was mailed to the parties in this action. [Docs. #171, #172.] Petitioner filed Objections to the Magistrate Judge's Recommendation as prescribed by 28 U.S.C. § 636. [Doc. #173.]

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report.  The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is filed and dismissed sua sponte for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

This the 27th day of January, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
